IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Brooke Cunningham, | : | |
| | : | Case No. 2:23-cv-1677 |
| Plaintiff, | : | |
| | : | JUDGE MICHAEL H. WATSON |
| v. | : | |
| | : | MAGISTRATE JUDGE |
| QuickLoadz Container System, LLC, | : | CHELSEY M. VASCURA |
| | : | |
| Defendant. | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, hereby agree and stipulate to the dismissal of the above-captioned action with prejudice, and with each party to bear its own fees and costs. The parties further stipulate and agree that the Court shall retain jurisdiction over any claim for breach or enforcement of their Settlement Agreement and that the Court may enter an order of dismissal with such a retention of jurisdiction pursuant to this Stipulation.

Respectfully submitted,

| | |
|---|---|
| _/s/ Jamie R. Bailey_ | _/s/ Sue A. Roudebush_ |
| Jamie R. Bailey (0099789) | Sue A. Roudebush (0078497) |
| _Jamie@thefriedmannfirm.com_ | _sroudebush@taftlaw.com_ |
| Rachel Sabo Friedmann (0089226) | Lauren A. Kemp (0093436) |
| _Rachel@thefriedmannfirm.com_ | _lkemp@taftlaw.com_ |
| **The Friedmann Firm LLC** | **Taft Stettinius & Hollister LLP** |
| 3740 Ridge Mill Dr | 41 S. High Street, Suite 1800 |
| Hilliard, OH 43026 | Columbus, OH 43215 |
| 614-639-6477 (Phone) | 614-221-2838 (Phone) |
| 614-737-9812 (Fax) | 614-221-2007 (Fax) |
| _Attorneys for Plaintiff_ | _Attorneys for Defendant_ |

128861263v2